THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX SOSHTAIN, Appellant.

Submitted June 15, 1942; decided June 18, 1942.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto the words " and fine remitted."   (See 288 N. Y. 658.)